# Exhibit H

| | |
|---|---|
| **From:** | Tatiana A. Triveri |
| **To:** | Hind Kader |
| **Cc:** | kennedy@daviskennedylaw.com; Mark Slater; Elise Sara; Jonathan Hersey; Beverly Chin; Elisa Ziemba |
| **Subject:** | Administrative Determination-- Signeo International Ltd. et al. v. Ingram Micro Inc. (Case No. 01-14-0000-1125) |
| **Date:** | Tuesday, June 03, 2014 12:11:19 PM |
| **Attachments:** | imageb43e90.png@1a1122e0.34c2405d |

Dear Counsel,

The ICDR has carefully reviewed the positions and contentions of the parties as set forth in their respective submissions. The Claimants have met the filing requirements of the Rules by filing a demand for arbitration providing for administration by the AAA under its Rules.

Accordingly, in the absence of an agreement by the parties or a court order staying this matter, the ICDR (a division of the AAA) will proceed with administration pursuant to the Commercial Arbitration Rules. The arbitrator shall have the power to rule on his or her own jurisdiction, including any objections with respect to the existence, scope or validity of the arbitration agreement.

At this time, administration of this matter will proceed and the next step will be to send an arbitrator list simultaneously to the parties.

Please do not hesitate to contact me if you have further questions.

Best,

Tatiana

 **Tatiana A. Triveri**
**International Case Manager**
American Arbitration Association
International Centre for Dispute Resolution
120 Broadway, 21st floor
New York, NY 10271
www.icdr.org
**T:**212 484 4108
**F:**212 246 7274

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.