1

2

3

4

5 **UNITED STATES DISTRICT COURT**

6 **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

7

8

9 INGRAM MICRO INC., a Delaware corporation, | Case No.  SACV 13-1934-DOC(ANx)

10                 Plaintiff,

11      v.

12 SIGNEO INTERNATIONAL, LTD.; a Hong Kong private limited company;

13 and SIGNEO USA, LLC, a Florida limited liability company *dba* SOUL

14 ELECTRONICS,

15

16                Defendants.

17

|  |  |
|---|---|
| INGRAM MICRO INC., a Delaware corporation,<br><br>          Plaintiff,<br><br>    v.<br><br>SIGNEO INTERNATIONAL, LTD.; a Hong Kong private limited company; and SIGNEO USA, LLC, a Florida limited liability company *dba* SOUL ELECTRONICS,<br><br>          Defendants. | Case No.  SACV 13-1934-DOC(ANx)<br><br>**JUDGMENT FOR INGRAM MICRO INC. AGAINST DEFENDANT SOUL ELECTRONICS INTERNATIONAL LIMITED, FORMERLY KNOWN AS SIGNEO INTERNATIONAL LTD., AND DEFENDANT SOUL ELECTRONICS USA, LLC, FORMERLY KNOWN AS SIGNEO USA, LLC  [63]  [65]** |

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

On April 25, 2014, the Clerk entered Defendants' defaults.  Dkts. 42, 43.  On June 23, 2014, Plaintiff made a motion to enter default judgment against Defendants.  Dkts. 45-51.  On August 26, 2014, the Clerk entered a Minute Order granting Plaintiff's Motion for Entry of Default Judgment and Plaintiff's request for $5,068,841.60 in damages against Defendants.  Dkt. 62.  Plaintiff has now moved this Court for entry of final judgment by separate document pursuant to Federal Rule of Civil Procedure 58(d).

Pursuant to Federal Rule of Civil Procedure 58(a) and 58(d), the Court enters this *Judgment For Ingram Micro Inc. and Against Defendant Soul Electronics International Limited, formerly known as Signeo International, Ltd., and against Defendant Soul Electronics USA, LLC, formerly known as Signeo USA, LLC*, as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment be entered for Ingram Micro Inc. and against Defendant Soul Electronics International Limited, formerly known as Signeo International, Ltd., and Defendant Soul Electronics USA, LLC, formerly known as Signeo USA, LLC, jointly and severally, in the amount of $5,068,841.60.


Dated: September 2, 2014

*David O. Carter*
_____
DAVID O. CARTER
UNITED STATES DISTRICT COURT
JUDGE